# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

147821(39)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 147821
      COA: 310734
      Charlevoix CC: 11-095510-FC

CORY WAYNE KARLSKIN,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a supplemental brief *in propria persona* is GRANTED. The brief submitted on October 8, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk